# EXHIBIT 2

# EXHIBIT 2

## FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
### LAWYERS

PETER L. DUNLAP+
DOUGLAS J. AUSTIN
MICHAEL E. CAVANAUGH
JOHN J. LOOSE
DAVID E.S. MARVIN◻
STEPHEN L. BURLINGAME
DARRELL A. LINDMAN
IRIS K. LINDER
GARY C. ROGERS
MARK A. BUSH
MICHAEL H. PERRY
BRANDON W. ZUK
DAVID D. WADDELL
MICHAEL C. LEVINE
THOMAS J. WATERS
MARK R. FOX*◻
MICHAEL S. ASHTON
H. KIRBY ALBRIGHT
GRAHAM K. CRABTREE
MICHAEL P. DONNELLY
EDWARD J. CASTELLANI◊
NAN ELIZABETH CASEY

PETER D. HOUK◊
JONATHAN E. RAVEN
THADDEUS E. MORGAN
ANNE BAGNO WIDLAK
ANITA G. FOX◻
ELIZABETH H. LATCHANA
TODD D. CHAMBERLAIN
RYAN M. WILSON
KENNETH S. WILSON*
ROBERT B. NELSON
BRIAN P. MORLEY~
JOHN D. MILLER^
TONI L. HARRIS‡
RYAN K. KAUFFMAN
JOSHUA S. SMITH
JENNIFER UTTER HESTON
KATHERINE A. WEED
DOUGLAS L. MINKE
NICOLE L. PROULX
VINCENT M. PECORA
G. ALAN WALLACE

124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MICHIGAN 48933
TELEPHONE (517) 482-5800
FACSIMILE (517) 482-0887
WEBSITE www.fraserlawfirm.com

DETROIT OFFICE
TELEPHONE (313) 237-7300
FACSIMILE (313) 961-1651

ARCHIE C. FRASER
(1902-1998)
EVERETT R. TREBILCOCK
(1918-2002)
JAMES R. DAVIS
(1918-2005)

OF COUNSEL
DONALD A. HINES
RONALD R. PENTECOST

◊RETIRED CIRCUIT JUDGE
*ALSO LICENSED IN FLORIDA
+ALSO LICENSED IN COLORADO
◻ALSO LICENSED IN DISTRICT OF COLUMBIA
◊ALSO CERTIFIED PUBLIC ACCOUNTANT
~ALSO LICENSED IN NORTH CAROLINA
^ALSO LICENSED IN GEORGIA
‡ALSO LICENSED BY U.S. PATENT AND TRADEMARK OFFICE

VIA FAX AND MAIL

November 14, 2006

Mr. Terence J. Linn
Mr. Karl Ondersma
Ms. Catherine Collins
Ms. Deidre Link
Van Dyke, Gardner, Linn & Burkhart, LLP
2851 Charlevoix Drive, SE – Suite 207
Grand Rapids, MI 49546

Mr. Dennis W. Johnson
Ms. Angela E. Dralle
Ms. Amy Bjork
Dorsey & Whitney, LLP
801 Grand Avenue – Suite 3900
Des Moines, Iowa 50309

   Re: <u>Ideal Instruments, Inc. v. Rivard Instruments, Inc.</u>
      U.S. District Court for the Northern District of Iowa
      Case No. 3:05-cv-03079-MWB
      Honorable Mark W. Bennett

Dear Counsel:

  Pursuant to F. R. Civ. P. 11(c)(1)(A), enclosed please find a copy of Plaintiff Ideal Instruments, Inc.'s intended, draft Motion for Imposition of Sanctions Pursuant to F. R. Civ. P. 11, 28 U.S.C. § 1927, and/or the Court's Inherent Authority.

  As you know, pursuant to F. R. Civ. P. 11(c)(1)(A), we are required to serve this motion upon you 21 days prior to filing it with the Court. Therefore, we demand that Defendants withdraw and/or take other appropriate corrective action with respect to the frivolous, offensive, and downright fraudulent amended counterclaim and motion for preliminary injunction for federal false advertising which falsely allege that Ideal's D3 needles are not detectable and that they pose a risk to the public. Otherwise, you may be

Mr. Terence J. Linn
Mr. Karl Ondersma
Ms. Catherine Collins
Ms. Deidre Link
Mr. Dennis W. Johnson
Ms. Angela E. Dralle
Ms. Amy Bjork
November 14, 2006
Page 2

assured that we intend to file this motion for sanctions with the Court at the appropriate time(s) seeking to recover all of our client's legal fees and costs incurred in connection with Defendants' sham allegations regarding the detectability of and risks from the D3 needles.

As you will recall, on October 30, 2006, when Defendants advised that they planned to file a motion for preliminary injunction alleging that Ideal's D3 is not detectable as advertised, we cautioned you that "from what we know and from what have already filed with the Court, such a motion for a preliminary injunction would appear to raise the specter of Rule 11 and 28 U.S.C.§ 1927." Unfortunately, you failed to heed this caution.

At any rate, based upon the documents you finally produced just last week – after wrongfully withholding them for months in an effort to sandbag us – and based upon the shocking deposition testimony and admissions of your "expert," Steven Hoff, it is now clear that Defendants and their counsel knew that his "tests" were rigged, had no statistical validity whatsoever, were a complete farce, and that his affidavit – of which every word Defendants' counsel wrote – was false and admittedly false in some respects. (Even assuming *arguendo* that you were duped by Steven Hoff, based on his deposition testimony last Friday, Defendants and their counsel can no longer, consistent with their Rule 11 and ethical obligations, maintain their motion for preliminary injunction or the allegations in their amended counterclaim concerning the detectability of the D3.) Frankly, it now seems painfully obvious to us that Defendants and their counsel filed with the Court their motion for preliminary injunction based on the false affidavit and phony expert report of Steven Hoff in a deliberate attempt to perpetrate a fraud on the Court with the objective of destroying Ideal's D3 business. We are fully aware that Mr. Rivard brags about enjoying litigation and that he considers it a sport. This, however, is no excuse for his counsel filing such groundless pleadings and motions.

Therefore, we urge you and your clients in the strongest possible terms to carefully consider whether, consistent with your respective obligations under Rule 11, 28 U.S.C. § 1927, and the Rules of Professional Conduct[1], you and your clients can legitimately and in good faith maintain your motion for preliminary injunction and the allegations in the amended counterclaim concerning detectability.

---

[1] In particular, we would suggest that you carefully review Rules 32:3:3 and 32:3:4 of the Iowa Rules of Professional Responsibility.

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.

Mr. Terence J. Linn
Mr. Karl Ondersma
Ms. Catherine Collins
Ms. Deidre Link
Mr. Dennis W. Johnson
Ms. Angela E. Dralle
Ms. Amy Biork
November 14, 2006
Page 3

Although not every attorney of record for Defendants actually signed the pleadings and motion for preliminary injunction, we are sending a copy of this letter and enclosed draft motion for sanctions to each of Defendants' attorneys of record so that they will all be on notice of our grave concern about this matter, as well as their professional obligations and risks for participating in such a shameless fraud on the Court.

Thank you for your attention to this serious matter.

Sincerely,

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.

Mark R. Fox

cc:   Ms. Toni L. Harris
      Client